# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137711

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

ANTONIO ORLANDO HARDY,
  Defendant-Appellant.

SC: 137711
COA: 287787
Genesee CC: 96-053870-FC

_____/

   On order of the Court, the application for leave to appeal the October 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

              Clerk

p0518